Kneafsey & Friend LLP
800 Wilshire Blvd, Suite 710
Los Angeles, California 90017

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRONCLAD PERFORMANCE WEAR CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DAMASCUS WORLDWIDE, INC. a Vermont corporation; DULUTH TRADING COMPANY, LLC, a Wisconsin limited liability company, DULUTH HOLDINGS INC., a Wisconsin corporation, PETZL AMERICA, INC., dba PETZL AMERICA, a Utah Corporation<br><br>Defendants. | Case No. 11 CV 03940 CAS (MRWx)<br><br>**JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANT DAMACUS WORLDWIDE, INC.** |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED BY AND BETWEEN PLAINTIFF IRONCLAD PERFORMANCE WEAR CORPORATION, a California corporation, and DEFENDANT DAMASCUS WORLDWIDE, INC. a Vermont corporation as follows:

1. U.S. Patent No. 7,287,285 entitled "Glove Construction Wherein Palm Material Rolls Over Fingertip" is valid pursuant to the laws of the United States of America pertaining to patents (35 U.S.C.

§ 1, et seq.), including, but not limited to 35 U.S.C. §§ 102 and 103.

2. The following of Defendant Damacus's gloves infringe U.S. Patent No. 7,287,285 pursuant to 35 U.S.C § 271: [1] Damascus DM Z33 – Nitro Gloves and [2] the Damascus DPG Pulse Glove. Photographs of these infringing products are attached hereto as Exhibits 1 and 2, respectively.

3. Defendant DAMASCUS WORLDWIDE, INC. is permanently enjoined from engaging in any act of infringement of U.S. Patent No. 7,287,285, either directly, or by way of contributing to the infringement or inducing the infringement of U.S. Patent No. 7,287,285. This permanent injunction includes, but is not limited to, making, using, selling, offering for sell, or importing into the United States, any product, method, or device that infringes U.S. Patent No. 7,287,285, including, but not limited to the following: [1] Damascus DM Z33 – Nitro Gloves and [2] the Damascus DPG Pulse Glove. Photographs of these infringing products are attached as Exhibits 1 and 2 hereto.

DATED: 6/23/11_____

*/s/ Christina A. Snyder*
_____
Hon. Christina A. Snyder
United States District Judge

JUDGMENT