JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRONCLAD PERFORMANCE WEAR CORPORATION, a California corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>DAMASCUS WORLDWIDE, INC. a Vermont corporation; DULUTH TRADING COMPANY, LLC, a Wisconsin limited liability company, DULUTH HOLDINGS INC., a Wisconsin corporation, PETZL AMERICA, INC., dba PETZL AMERICA, a Utah Corporation<br><br>   Defendants. | Case No. 11 CV 03940 CAS (MRWx)<br><br>**ORDER DISMISSING DULUTH TRADING COMPANY, LLC, AND DULUTH HOLDINGS, INC., PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (A)(1)(A)(I)** |

IT IS HEREBY ORDERED THAT DULUTH TRADING COMPANY, LLC, AND DULUTH HOLDINGS, INC., are hereby dismissed without prejudice from the above captioned action pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), subject to the Court's retention of jurisdiction to enforce the terms of the parties' settlement agreement.

DATED: April 18, 2012
_____

*Christina A. Snyder*
_____
Hon. Christina A. Snyder
United States District Judge

Kneafsey & Friend LLP
800 Wilshire Blvd, Suite 710
Los Angeles, California 90017

Kneafsey & Friend LLP
800 Wilshire Blvd, Suite 710
Los Angeles, California 90017